R. M. PHILLIPS ET AL. v. ABRAM DOUGLASS.

LANDLORD AND TENANT. *Money rent. Act of 1873.*
  Under the act of April 17, 1873 (Laws 1873, p. 79), a landlord who
    reserved rent payable in money, and not in part of the crop, did not
    have a lien on the crop by virtue of the contract of renting.

ERROR to the Circuit Court of Noxubee County.

Hon. J. A. ORR, Judge.

*H. L. Jarnagin, Sen.*, for the plaintiff in error, cited *Arbuckle* v. *Nelms*, 50 Miss. 560, contending that the landlord had no lien for money rent.

*Foote & Foote*, for the defendant in error, contended that the act of 1873 gave the landlord a lien for money rent.

CAMPBELL, J., delivered the opinion of the court.

The single question presented by this case is, whether, under the act of April 17, 1873, p. 79 of pamphlet acts, a landlord, who reserved rent payable in *money*, and not in part of the crop, had a lien on the crop by virtue of the contract of renting.

A careful consideration of the several statutes *in pari materia* induces us to answer this question in the negative. The language employed in the statute is not broad enough to embrace rent payable in *money*. The words "interest" and "share" are regarded as equivalent.

*Judgment reversed.*